UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**GARRISON SOUTHFIELD**
**PARK LLC,**

      **Plaintiff,**             Case No. 2:17-cv-783
                                         JUDGE EDMUND A. SARGUS, JR.
    v.                            Chief Magistrate Judge Elizabeth P. Deavers

**CLOSED LOOP REFINING**
**AND RECOVERY, INC.,** *et al.***,**

      **Defendants.**

**OLYMBEC USA LLC,**

      **Plaintiff,**             Case No. 2:19-cv-1041
                                         JUDGE EDMUND A. SARGUS, JR.
    v.                            Chief Magistrate Judge Elizabeth P. Deavers

**CLOSED LOOP REFINING**
**AND RECOVERY, INC.,** *et al.***,**

      **Defendants.**

## ORDER

For good cause shown, the unopposed Motion of Plaintiff Garrison Southfield Park LLC and Plaintiff Olymbec USA LLC for Dismissal of Defendant Premio, Inc. pursuant to the Rule 21 of the Federal Rules of Civil procedure is hereby **GRANTED**.  (2:17-cv-783, ECF No. 691; 2:19-cv-1041, ECF No. 551.)  The Defendant, Premio, Inc., is dismissed from this action without prejudice.  This case is to remain open.

      **IT IS SO ORDERED.**

**1/19/2021**                                                **s/Edmund A. Sargus, Jr.**
**DATE**                                                      **EDMUND A. SARGUS, JR.**
                                                           **UNITED STATES DISTRICT JUDGE**