IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**OLYMBEC USA LLC,**

    **Plaintiff,**

    vs.

**CLOSED LOOP REFINING
AND RECOVERY, INC.,**
*et al.*,

    **Defendants.**

Case No. 2:19-cv-1041

Judge Edmund A. Sargus, Jr.

Magistrate Judge Elizabeth P. Deavers

## ORDER

For good cause shown, Plaintiff's unopposed motion for leave to file a reply to MRM's surreply regarding the Kuusakoski Settlement (ECF No.609) is **GRANTED**. The Clerk is **DIRECTED** to detach and file the reply attached to the motion.

    IT IS SO ORDERED.

DATED:  April 6, 2021

    */s/ Elizabeth A. Preston Deavers*
    **ELIZABETH A. PRESTON DEAVERS**
    **UNITED STATES MAGISTRATE JUDGE**