# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**OLYMBEC USA LLC,**

      **Plaintiff,**

      vs.

**CLOSED LOOP REFINING AND RECOVERY, INC.,** *et al.*,

      **Defendants.**

Case No. 2:19-cv-1041

Judge Edmund A. Sargus, Jr.

Magistrate Judge Elizabeth P. Deavers

## ORDER

Defendant LG Electronics, U.S.A., Inc. has filed a motion for leave to file a sur-reply and to file certain exhibits in support under seal. (ECF No. 612.) Plaintiff Garrison and the Kuusakoski Defendants, the parties producing the documents marked "Confidential," shall indicate their intention to join in the motion within seven days of the date of this Order. Any filing shall set forth reasons in support consistent with the Court's previous orders. Further, if any party objects to the filing of the sur-reply, it shall notify the Court within seven days of the date of this Order.

      **IT IS SO ORDERED.**

**DATED:** April 9, 2021

/s/ *Elizabeth A. Preston Deavers*
**ELIZABETH A. PRESTON DEAVERS**
**UNITED STATES MAGISTRATE JUDGE**