UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**OLYMBEC USA LLC,**

          Plaintiff,

v.

**CLOSED LOOP REFINING AND
RECOVERY, INC.,** *et al.*,

          Defendants.

Case No. 2:19-cv-1041
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Elizabeth P. Deavers

**DEFAULT JUDGMENT AGAINST DEFENDANTS AMERICAN GREENZ INC.,
CLOSED LOOP REFINING AND RECOVERY, INC., CLOSED LOOP GLASS
SOLUTIONS, LLC, AIM ECYCLING, LLC, STRICKLAND ELECTRONIC
RECYCLING, LLC, AND TK6, INC.**

Defendants American Greenz Inc. ("American Greenz"), Closed Loop Refining and Recovery, Inc. ("Closed Loop"), Closed Loop Glass Solutions, LLC ("Closed Loop Glass"), AIM Ecycling, LLC ("AIM"), Strickland Electronic Recycling, LLC ("Strickland"), and TK6, Inc. ("TK6") are each in default, having failed to plead or otherwise defend in this case as required by law. Plaintiff Olymbec USA LLC ("Plaintiff") has moved for default judgment against the Defendants. After considering Plaintiff's motion, the Court **GRANTS** Plaintiff's Motion for Default Judgment. (ECF No. 712.)

Judgment as to all counts in the First Amended Complaint is hereby entered against Defendants American Greenz, Closed Loop, Closed Loop Glass, AIM, Strickland, and TK6 in accordance with Federal Rule of Civil Procedure 55(b)(2).

WHEREFORE, it is ORDERED, ADJUDGED, and DECREED as follows:

1. Pursuant to 28 U.S.C. §§ 2201-2202 and Section 113(g)(2) of the Comprehensive Environmental Response, Compensation and Liability Act ("CERCLA"), 42 U.S.C. § 9613(g)(2),

Defendants American Greenz, Closed Loop, Closed Loop Glass, AIM, Strickland, and TK6 are each liable to Plaintiff for all of Plaintiff's necessary past and future costs of response that are consistent with the National Contingency Plan;

2. Pursuant to CERCLA Section 107(a), 42 U.S.C. § 9607(a), and CERCLA Section 113(g)(2), 42 U.S.C. § 9613(g)(2), Defendants American Greenz, Closed Loop, Closed Loop Glass, AIM, Strickland, and TK6 are each liable to Plaintiff for all of Plaintiff's necessary past and future costs of response that are consistent with the National Contingency Plan;

3. Pursuant to CERCLA Section 107(a), 42 U.S.C. § 9607(a), and CERCLA Section 113(g)(2), 42 U.S.C. § 9613(g)(2), Defendants American Greenz, Closed Loop, Closed Loop Glass, AIM, Strickland, and TK6 are each liable to Plaintiff for all of Plaintiff's costs of initial or preliminary investigation, site-assessment, evaluation of the impacts of releases or threatened releases, and monitoring costs for which Defendants are liable to Plaintiff, whether or not these costs are consistent with the National Contingency Plan;

4. Defendants American Greenz, Closed Loop, Closed Loop Glass, AIM, Strickland, and TK6 are each liable to Plaintiff for all damages caused by their negligence;

5. Defendants American Greenz, Closed Loop, Closed Loop Glass, AIM, Strickland, and TK6 are each liable to Plaintiff for all damages caused by their creation of a private nuisance; and

6. This default judgment and the statements made herein are not binding on any other Defendants to this action, nor is this default judgment or its statements admissible into evidence against any other Defendants.

This case remains open.

**IT IS SO ORDERED.**

**11/28/2022**       **s/Edmund A. Sargus, Jr.**
**DATE**             **EDMUND A. SARGUS, JR.**
                     **UNITED STATES DISTRICT JUDGE**